UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

N.H., *in the interest and on behalf of her*        CIVIL ACTION
*minor daughter*, D.C.

VERSUS

EAST BATON ROUGE PARISH SCHOOL        NO. 24-00187-BAJ-EWD
BOARD, ET AL.

## ORDER

IT IS ORDERED that the Joint Pretrial Order shall be due on April 30, 2026.

IT IS FURTHER ORDERED that the pretrial conference is RESET for May 21, 2026, at 2:30 P.M. in Chambers.

IT IS FURTHER ORDERED that the five-day bench trial is RESET for June 29, 2026, at 8:30 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 20th day of April, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA